UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEOFFREY VARGA, as voluntary liquidator of Himelsein Mandel Offshore Limited,

                Plaintiff,

-v-

TELEIOS LS HOLDINGS DE, LLC, TELEIOS PF LOANS DE, LLC, and OAKTREE CAPITAL MANAGEMENT, L.P.,

                Defendants.

CIVIL ACTION NO.: 23 Civ. 1464 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, May 30, 2023 (the "Conference"), the Court orders as follows:

1. A further telephone conference is scheduled for **Wednesday, June 7, 2023 at 4:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

2. The parties shall promptly order the transcript of the Conference.

Dated:     New York, New York
           May 30, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**