UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEOFFREY VARGA, as voluntary liquidator of Himelsein Mandel Offshore Limited,

        Plaintiff,

-v-

TELEIOS LS HOLDINGS DE, LLC, TELEIOS PF LOANS DE, LLC, and OAKTREE CAPITAL MANAGEMENT, L.P.,

        Defendants.

CIVIL ACTION NO.: 23 Civ. 1464 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, June 7, 2023 (the "Conference"), the Court orders as follows:

1. Defendant Oaktree Capital Management, L.P. ("Oaktree") shall promptly submit to the Court for <u>in camera</u> review the seven documents that Oaktree informally shared with Plaintiff, as discussed at the Conference. The Court will email counsel with instructions for submitting the documents through the Court's file-share system.

2. A further telephone conference is scheduled for **Friday, July 7, 2023 at 5:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

3. The parties shall promptly order the transcript of the Conference.

Dated:    New York, New York
          June 16, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge