UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEOFFREY VARGA, AS VOLUNTARY LIQUIDATOR OF HIMELSEIN MANDEL OFFSHORE LIMITED,<br><br>                Plaintiff,<br><br>   v.<br><br>TELEIOS LS HOLDINGS DE, LLC, TELEIOS PF LOANS DE, LLC, and OAKTREE CAPITAL MANAGEMENT, L.P.,<br><br>                Defendants. | Case No.: 1:23-cv-01464-VSB-SLC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S <u>MOTION FOR SUBSTITUTION</u>** |

      UPON CONSIDERATION of the Motion for Substitution (ECF No. 37 (the "Motion")) filed by Plaintiff Geoffrey Varga, as Voluntary Liquidator of Himelsein Mandel Offshore Limited, together with the submissions in support thereof; and for good cause shown,

      IT IS ON THIS 11th day of July, 2023,

      ORDERED that the Motion shall be, and hereby is, GRANTED; and it is further

      ORDERED that the caption of the action shall be revised as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN AYRES, AS VOLUNTARY LIQUIDATOR OF HIMELSEIN MANDEL OFFSHORE LIMITED,<br><br>                Plaintiff,<br><br>   v.<br><br>TELEIOS LS HOLDINGS DE, LLC, TELEIOS PF LOANS DE, LLC, and OAKTREE CAPITAL MANAGEMENT, L.P.,<br><br>                Defendants. | Case No.: 1:23-cv-01464-VSB-SLC |

The Clerk of Court is respectfully directed to close ECF No. 37.

SO ORDERED.

Dated: 7/11/2023

*Sarah Cave*
Sarah L. Cave
United States District Judge