

**WINSTON & STRAWN**
LLP

North America   Europe   Asia

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**JOHN E. SCHREIBER**
Partner
(212) 294-6850
jschreiber@winston.com

March 20, 2026

**VIA ECF**

The Honorable Vernon S. Broderick, U.S.D.J.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re:   *Ayres v. Teleios LS Holdings DE, LLC, et al.*,
>        Case No. 1:23-cv-01464-VSB-SLC

Dear Judge Broderick:

We represent Defendant Oaktree Capital Management, L.P. ("Oaktree") in connection with the above-captioned matter. The Court has previously granted Oaktree's motion to seal Exhibit 8 to the Amended Complaint and corresponding references in the Amended Complaint (Dkt. No. 76). Oaktree's Answer repeats each of the allegations in the Amended Complaint and then responds to them. Accordingly, and pursuant to that Order and Your Honor's Individual Rule 5.B, we request that the Court again permit redaction of that same limited information—this time in Oaktree's Answer.

APPLICATION GRANTED
SO ORDERED _____
VERNON S. BRODERICK
U.S.D.J.    3/23/2026

Respectfully submitted,

s/John E. Schreiber

John E. Schreiber

cc:   Counsel for All Parties (via ECF)