# MCLAUGHLIN & STERN, LLP
## FOUNDED 1898

**JASON S. GIAIMO**
Partner
jgiaimo@mclaughlinstern.com
(212) 448-1100

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448-1100
FAX (212) 448-0066
www.mclaughlinstern.com

**GARDEN CITY, NY**
**MILLBROOK, NY**
**WESTPORT, CT**
**WESTFIELD, NJ**
**NAPLES, FL**
**WEST PALM BEACH, FL**

April 20, 2026

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Given that the Court previously granted Oaktree's motion to seal Exhibit 8 of the Amended Complaint ("AC") and redact corresponding references in the AC, (Dkt. No. 76 at at 10-11), Plaintiff's motion to seal Exhibit 8 of the Second Amended Complaint ("SAC") and redact corresponding references in the SAC is **GRANTED**.  Plaintiff may file Exhibit 8 of the SAC under seal and redact the corresponding references in the SAC.

The Clerk of Court is respectfully directed to close Dkt. No. 84.

SO ORDERED.     April 21, 2026

SARAH L. CAVE
United States Magistrate Judge

Re:    ***Ayres v. Teleios LS Holdings DE, LLC, et al.***
       **Case No.: 23-cv-01464-VSB**

Dear Judge Broderick:

        We represent the Plaintiff in the above-captioned matter.  The Court previously granted Defendant Oaktree Capital Management, L.P.'s ("Oaktree") motion to seal Exhibit 8 to the Amended Complaint and corresponding references in the Amended Complaint (*see* Dkt. No. 76 [the "Order"]).  Since the filing of the Amended Complaint, Declan Magennis and Robert Shifman were substituted as the voluntary liquidators of Himelsein Mandel Offshore Limited.  As such, pursuant to a Stipulation between Plaintiff and Oaktree dated April 17, 2026 (which Plaintiff will file shortly), Plaintiff intends to file a Second Amended Complaint reflecting this substitution.  Aside from this procedural modification, the Second Amended Complaint does not contain any substantive changes or modifications.  Accordingly, and pursuant to the Order and Your Honor's Individual Rule 5.B, Plaintiff requests that the Court again permit redaction and sealing of the same limited information in connection with Plaintiff's Second Amended Complaint.

        We thank the Court in advance for its time and consideration.

Respectfully submitted,

*/s/ Jason S. Giaimo*
Jason S. Giaimo

cc:    All Counsel of Record (via ECF)

4925-1133-0723, v. 1