

North America    Europe    Asia

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**JOHN E. SCHREIBER**
Partner
(212) 294-6850
jschreiber@winston.com

May 13, 2026

**VIA ECF**
The Honorable Vernon S. Broderick, U.S.D.J.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *Magennis, et al. v. Teleios LS Holdings DE, LLC, et al.*,
      Case No. 1:23-cv-01464-VSB-SLC

Dear Judge Broderick:

   We represent Defendant Oaktree Capital Management, L.P. ("Oaktree") in connection with the above-captioned matter. On April 22, 2026, Plaintiffs filed the Second Amended Complaint (Dkt. No. 89). Oaktree's answer to the Second Amended Complaint is due today, May 13, 2026.

   The Second Amended Complaint contains certain limited information for which the Court previously permitted sealing. Specifically, the Court granted Oaktree's motion to seal Exhibit 8 to the Amended Complaint and corresponding references in the Amended Complaint (Dkt. No. 76). The Court also granted Oaktree's motion to seal the same limited information in its Answer to the Amended Complaint (Dkt. No. 81). Most recently, the Court once again granted Plaintiffs' motion to seal this same limited information in the Second Amended Complaint (Dkt. No. 85).

   Oaktree's Answer to the Second Amended Complaint will repeat each of the allegations in the Second Amended Complaint and respond to them. Accordingly, and pursuant to the Court's prior Orders and Your Honor's Individual Rule 5.B, we request that the Court again permit redaction of this same limited information in Oaktree's Answer.

          Respectfully submitted,

          s/ John E. Schreiber

          John E. Schreiber

cc:  Counsel for All Parties (via ECF)

APPLICATION GRANTED
SO ORDERED *[signature]*
VERNON S. BRODERICK
U.S.D.J.  5/14/2026