# MCLAUGHLIN & STERN, LLP
## FOUNDED 1898

**JASON S. GIAIMO**
Partner
jgiaimo@mclaughlinstern.com
(212) 448-1100

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448–1100
FAX (212) 448–0066
www.mclaughlinstern.com

GARDEN CITY, NY
MILLBROOK, NY
WESTPORT, CT
WESTFIELD, NJ
NAPLES, FL
WEST PALM BEACH, FL
SAN FRANCISCO, CA

May 13, 2026

**VIA ECF**
Hon. Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

---

Plaintiff's request at Dkt. No. 101 is **GRANTED**.  The telephone conference scheduled for May 27, 2026 at 2:00 p.m. ET to discuss the status of e-discovery, (Dkt. No. 99 at 9), is **ADJOURNED** to **May 29, 2026 at 12:00 p.m. ET** (the "May 29 Conference") on the Court's conference line.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

The Court again clarifies that the May 29 Conference does not replace the telephone conference scheduled for **July 7, 2026 at 2:15 p.m. ET** on the Court's conference line. (Dkt. No. 94).  Both conferences shall proceed as scheduled.

The Clerk of Court is respectfully directed to close Dkt. No. 101.

SO ORDERED.    May 20, 2026

SARAH L. CAVE
United States Magistrate Judge

---

**Re:**    ***Magennis and Shifman v. Teleios LS Holdings DE, LLC, et al.***
**Case No.: 23-cv-01464-VSB-SLC**

---

Dear Judge Cave:

We represent the Plaintiff in the above-referenced action.  We write pursuant to Rule I.D. of Your Honor's Individual Practices in Civil Cases to respectfully request a brief adjournment of the status conference scheduled for May 27, 2026.  Specifically, counsel for Plaintiff is scheduled to take a deposition on May 27, 2026, and is therefore unavailable for a conference on such date. Plaintiff's counsel has conferred with counsel for Defendant Oaktree Capital Management, L.P., and all sides are available for a status conference on May 29, 2026 at any time prior to 3:00PM ET, or such other date and time as is convenient for the Court.  This is the first request for an adjournment of this conference, which will not affect any other deadlines or scheduled dates in this action.

---

We thank the Court in advance for its time and consideration.

Respectfully submitted,

*/s/ Jason S. Giaimo*
Jason S. Giaimo

cc:    All Counsel of Record (via ECF)

4918-8709-6235, v. 1