UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DECLAN MAGENNIS and ROBERT SHIFMAN, AS JOINT VOLUNTARY LIQUIDATORS OF HIMELSEIN MANDEL OFFSHORE LIMITED,

Plaintiff,

-v-

TELEIOS LS HOLDINGS DE, LLC, TELEIOS PF LOANS DE, LLC, and OAKTREE CAPITAL MANAGEMENT, L.P.,

Defendants.

CIVIL ACTION NO. 23 Civ. 1464 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 111, counsel for Plaintiffs were required to file a letter (the "Letter") by July 28, 2026 updating the Court on the status of their collection of ESI from nonparty Wayne Himselsein in his capacity as a manager of Himelsein Mandel Offshore Limited. (Dkt. No. 111). To date, counsel for Plaintiffs has not filed the Letter. As a one-time courtesy, the deadline for Plaintiffs' counsel to file the Letter is sua sponte **EXTENDED** to **July 31, 2026**. The Court reminds the parties that the next telephone conference to discuss the status of discovery is scheduled for **August 4, 2026 at 12:15 p.m. ET** on the Court's conference line. (Dkt. No. 111).

Dated: New York, New York
July 29, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**