UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DECLAN MAGENNIS and ROBERT SHIFMAN, AS JOINT VOLUNTARY LIQUIDATORS OF HIMELSEIN MANDEL OFFSHORE LIMITED,

Plaintiff,

-v-

TELEIOS LS HOLDINGS DE, LLC, TELEIOS PF LOANS DE, LLC, and OAKTREE CAPITAL MANAGEMENT, L.P.,

Defendants.

CIVIL ACTION NO. 23 Civ. 1464 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on October 21, 2026 (the "Conference") to discuss the status of discovery, at which counsel for Plaintiffs Declan Magennis and Robert Shifman, as Voluntary Liquidators of Himelsein Mandel Offshore Limited ("Plaintiffs"), and counsel for Defendant Oaktree Capital Management, L.P. appeared. (Dkt. Nos. 122–23). Following the Conference, the Court **ORDERS** the following:

1. Should the parties wish to order a copy of the Conference transcript, they may do so by using the annexed form.
2. By **November 2, 2026 at 5:00 p.m. ET**, the parties shall file a joint letter setting forth the status of discovery including: (i) the status of Plaintiffs' counsel's efforts to ascertain whether Plaintiffs have access to ESI for Lionel Tapiero and Ivan Sekeres; (ii) the status of when Mr. Himelsein's individual counsel anticipates completing the privilege review for Mr. Himelsein's ESI and providing a privilege log; and (iii) any other issues ripe for the Court's attention.

3. Another telephone conference to discuss the status of discovery is scheduled for **November 4, 2026 at 4:30 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
October 21, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL