UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DECLAN MAGENNIS and ROBERT SHIFMAN, AS JOINT VOLUNTARY LIQUIDATORS OF HIMELSEIN MANDEL OFFSHORE LIMITED,

Plaintiffs,

-v-

TELEIOS LS HOLDINGS DE, LLC, TELEIOS PF LOANS DE, LLC, and OAKTREE CAPITAL MANAGEMENT, L.P.,

Defendants.

CIVIL ACTION NO. 23 Civ. 1464 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on November 4, 2026 (the "Conference") to discuss the status of discovery, at which counsel for Plaintiffs Declan Magennis and Robert Shifman, as Voluntary Liquidators of Himelsein Mandel Offshore Limited ("Plaintiffs"), and counsel for Defendant Oaktree Capital Management, L.P. ("Oaktree") appeared. (See Dkt. Nos. 124–25). Following the Conference, the Court **ORDERS** the following:

1. The parties may order a copy of the Conference transcript by using the annexed form.
2. With respect to ESI for Lionel Tapiero and Ivan Sekeres (see Dkt. No. 125 at 1–2), by **November 12, 2026**, Plaintiffs shall (i) run the agreed search terms, including Lionel Tapiero and Ivan Sekeres and their hmfund.com email addresses, against the documents that Plaintiffs have in their possession, custody, and control; (ii) de-dupe those results against the documents Plaintiffs have already reviewed and/or produced; and (iii) provide Oaktree with a hit report, about which the parties shall meet and confer.

3. By **December 4, 2026 at 5:00 p.m. ET**, the parties shall file a joint letter setting forth the status of discovery and identifying any issues ripe for the Court's attention.

4. Another telephone conference to discuss the status of discovery is scheduled for **December 8, 2026 at 3:00 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
November 4, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL