UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DECLAN MAGENNIS and ROBERT SHIFMAN, AS JOINT VOLUNTARY LIQUIDATORS OF HIMELSEIN MANDEL OFFSHORE LIMITED,

Plaintiffs,

-v-

TELEIOS LS HOLDINGS DE, LLC, TELEIOS PF LOANS DE, LLC, and OAKTREE CAPITAL MANAGEMENT, L.P.,

Defendants.

CIVIL ACTION NO. 23 Civ. 1464 (VSB) (SLC)

**TELEPHONE CONFERENCE**
**RESCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Due to a change in the Court's calendar, the telephone conference scheduled for December 8, 2026 at 3:00 p.m. ET (Dkt. No. 126) is **RESCHEDULED** to **December 7, 2026 at 3:00 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time. All other deadlines in the Court's Order at Dkt. No. 126 shall remain in effect.

Dated: New York, New York
November 12, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**